714

No. 669. SPRUILL v. CRAWFORD. February 11, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis*, denied. *Georgia M. Spruill, pro se.* No appearance for respondent.

No. 616. WASHINGTON RAILWAY & ELECTRIC CO. v. HAZEN ET AL. February 11, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. S. Russell Bowen* and *Edwin D. Detwiler* for petitioner. *Messrs. E. Barrett Prettyman* and *W. A. Roberts* for respondents.

No. 620. YOUNG v. UNITED STATES. February 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Warren E. Miller* and *Oscar W. Worthwine* for petitioner. *Solicitor General Biggs* and *Messrs. Will G. Beardslee, Wilbur C. Pickett,* and *W. Marvin Smith* for the United States.

No. 624. WOO v. UNITED STATES. February 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Morgan Owen* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 631. YONEJIRO NAKASUJI v. SEAGER, U. S. COLLECTOR OF CUSTOMS, ET AL. February 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the